IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
JUN 05 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | § NO. 3:25-M-02401(1)-LE |
| ADELY VANESSA DE LA CRUZ-ALVAREZ, | § |
| Defendant. | § |

### VERDICT FORM

We the jury unanimously find:

### COUNT ONE
ILLEGAL ENTRY
8 U.S.C. § 1325(a)(1)

As to the charge of Illegal Entry, we the Jury unanimously find ADELY VANESSA DE LA CRUZ-ALVAREZ:

__X__ Guilty      _____ Not Guilty

### COUNT TWO
ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY
18 U.S.C. § 1382

As to the charge of Entering Military, Naval, or Coast Guard Property, we the Jury unanimously find ADELY VANESSA DE LA CRUZ-ALVAREZ:

_____ Guilty      __X__ Not Guilty

Dated this 5th day of June 2025, at El Paso, Texas.

[signature redacted]

22