FILED
June 05, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____A. Quezada_____
DEPUTY

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

UNITED STATES OF AMERICA

v.

ADELY VANESSA DE LA CRUZ-ALVAREZ

Defendant.

Case Number: EP:25-MJ-02401-LE(1)
USM Number:

## JUDGMENT IN A CRIMINAL CASE

The defendant, **ADELY VANESSA DE LA CRUZ-ALVAREZ,** was represented by VERONICA TERESA LERMA and SHANE M. McMAHON.

On motion for acquittal by the defense, the Court dismissed 50 USC 797, Count 2 of the Information on the record.

The defendant was found not guilty to 18 USC 1382, Count 3 of the Information by jury verdict on June 5, 2025.

The defendant was found guilty to Count 1 the Information on June 5, 2025. Accordingly, the defendant is adjudged guilty of such Count involving the following offenses:

| Title & Section | Nature of Offense | Date of Offense | Count |
|---|---|---|---|
| 8 U.S.C. 1325 | Improper Entry by an Alien | 05/12/2025 | 1 |

As pronounced on June 5, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served plus one (1) business day**. The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. §3013 is hereby remitted pursuant to 18 U.S.C. §3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed this 5th day of June, 2025.

_____
LAURA ENRIQUEZ
United States Magistrate Judge