```
             IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TEXAS (EL PASO)

UNITED STATES OF AMERICA,     .  Case No.: 3:25-MJ-02401-LE-1
                              .
           Plaintiff,         .     **FILED**
                              .    June 15, 2025
      vs.                     .  CLERK, U.S. DISTRICT COURT
                              .   WESTERN DISTRICT OF TEXAS
ADELY VANESSA                 .  BY:  Belinda Gamez
DE LA CRUZ-ALVAREZ,           .          DEPUTY
                              .
           Defendant.         .  Thursday, June 5, 2025
. . . . . . . . . . . . . . . .  9:14 A.M.




           TRANSCRIPT OF CRIMINAL JURY TRIAL, DAY 3
             **BEFORE THE HONORABLE LAURA ENRIQUEZ**
             **UNITED STATES MAGISTRATE COURT JUDGE**




APPEARANCES ON NEXT PAGE


For the Interpreter:   L. Quevedo, T. McEneny


Deputy Clerk:          Adriana Quezada
                       United States District Court
                       525 Magoffin Avenue, Suite 105
                       El Paso, Texas 79901




Transcription Service: Liberty Transcripts
                       9107 Topridge Drive
                       Austin, Texas 78750
                       (847) 848-4907
                       DBPATEL1180@GMAIL.COM

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.
```

```
APPEARANCES:

For the Government:     United States Attorney's Office
                        BY: PHILLIP COUNTRYMAN, ESQUIRE
                        700 East San Antonio Avenue, Suite 200
                        El Paso, Texas 79901
                        (915) 534-3498
                        phillip.countryman@usdoj.gov

                        United States Attorney's Office
                        BY: DEBRA KANOF, ESQUIRE
                        700 East San Antonio Avenue, Suite 200
                        El Paso, Texas 79901
                        (915) 534-3434
                        debra.kanof@usdoj.gov

For the Defendant:      Law Office of Veronica Teresa Lerma
                        BY: VERONICA TERESA LERMA, ESQUIRE
                        1417 Montana Avenue
                        El Paso, Texas 79902
                        (915) 533-4779
                        vtlermalaw@gmail.com

                        Office of the Federal Public Defender
                        BY: SHANE MCMAHON, ESQUIRE
                        700 E. San Antonio, D-401
                        El Paso, Texas 79901
                        (915) 352-2904
                        shane_mcmahon@fd.org
```

```
                              INDEX
                                                         Page

Case Called                                                 4
Court addresses juror questions                             4
Verdict                                                     9
Jury Polled                                                 9
Jury Excused                                               11
Argument on Sentencing by the Government                   12
Argument on Sentencing by the Defense                      13
Sentencing                                               1515
End of Proceedings                                         16
Certification of Transcriber                               16
```

1    **EL PASO, TEXAS, THURSDAY, JUNE 5, 2025, 9:14 A.M.**

2    (Outside the presence of the jury; Defendant present.)

3    COURTROOM DEPUTY: All rise. The United States

4    Magistrate Court for the Western District of Texas, sitting

5    in El Paso, the Honorable Judge Laura Enriquez presiding, is

6    now in session

7    THE COURT: You may be seated.

8    Good morning, ladies and gentlemen. Back on the

9    record on EP:25-M-02401, United States of America v. Adely

10   Vanessa De La Cruz-Alvarez. Announcements of Counsel.

11   MR. COUNTRYMAN: Good morning, Your Honor.

12   Phillip Countryman on behalf of the United States,

13   ready.

14   MS. LERMA: Good morning, Your Honor.

15   Veronica Teresa Lerma and Shane McMahon, ready.

16   THE COURT: Thank you all. The jury is continuing

17   to deliberate on this case, but there was a question. As I

18   told you all, there was more revealed by the jury than I've

19   put in, but I just want to tell you what they've said

20   genercially.

21   The question is, and it wasn't a question, I guess

22   it was a juror note, "We have reached a verdict on one count

23   and are still deliberating on the one count." Just to be

24   clear, in the note, the jury does say which count they've

25   reached a verdict and what was their verdict. That is not

1  something I'm going to reveal to you all.

2  The answer -- the response I am planning to send
3  back is, "I'm going to ask that you continue your
4  deliberations in an effort to agree upon a verdict on both
5  counts and dispose of this case. Remember at all times that
6  no juror is expected to yield a conscientious opinion he or
7  she may not have as to the weight or effect of the evidence.
8  But remember also that, after full deliberation and
9  consideration of the evidence in this case, it is your duty
10 to agree upon a verdict if you can do so without surrendering
11 your conscientious opinion."

12 That's my proposal. My understanding is the
13 Defense is in agreement and they have signed.

14 Mr. Countryman, sir, you want to put something on
15 the record, an objection? Go ahead, sir.

16 MR. COUNTRYMAN: Yes, Your Honor.

17 Again, a continuation from yesterday based on the
18 facts that have been -- evidence presented to the Court,
19 arguments by the parties, and what was charged specifically
20 in Count 1, that is the enter or attempted to enter, the
21 Government would renew its objection to the jury instructions
22 that were provided to the jurors and again requests that the
23 jurors be advised as to the element that it was entered or
24 attempted to enter the United States. And that is what the
25 element reads in the instructions provided to the jurors.

And again, I also raised it yesterday about mistake of law is not a defense, but again not a policy, Your Honor. Again, instructing the jurors as to the elements so that they match the charge in the case, Your Honor.

THE COURT: Mr. Countryman, your objections will be overruled for the record. And for the record, that was to response to Juror Note Number 5, and we'll be sending it back and there won't be any signature from you just because of your objections which we've put on the record. And Ms. Lerma and Mr. Shane McMahon have signed, so we have that for the record.

Anything else at this point, sir?

MR. COUNTRYMAN: No, Your Honor. Thank you.

THE COURT: Ms. Lerma? Mr. McMahon?

MS. LERMA: No, Your Honor.

THE COURT: Thank you. We're in recess on this case.

COURTROOM DEPUTY: All rise.

(Whereupon, at 9:17 a.m., a brief recess was taken, reconvening at 10:41 a.m.)

(Outside the presence of the jury; Defendant present.)

THE COURT: You may be seated.

Back on the record, EP:25-M-02401. The jury is out. The jury has received -- we've received Jury Note Number 7.

1     Question are as follows.  Question Number 1, "Is
2 the Defendant facing a misdemeanor or felony in Count 1?"
3 Question Number 2, "If we are unable to reach a verdict on
4 both counts" --
5     MR. McMAHON:  Your Honor, I apologize.  My client's
6 advised me that she's not hearing you.
7     THE COURT:  Oh, yeah.  I apologize, Mr. McMahon.
8     UNIDENTIFIED SPEAKER:  Your Honor, I'm so sorry.
9     THE COURT:  That's okay.
10    UNIDENTIFIED SPEAKER:  I had on earphones.
11    THE COURT:  Oh, no worries.  No worries.  Don't
12 stress.  No worries.
13    Okay, I'll go back again.
14    Question Number 1, "Is the Defendant facing a
15 misdemeanor or felony in Count 1?"  The proposed response of
16 that is, "If a Defendant is found guilty, it will be my duty
17 to decide what punishment will be.  You should not be
18 concerned with punishment in any way.  It should not enter
19 your consideration or discussion."
20    Was there any objection to that answer?
21    MR. COUNTRYMAN:  Yes, Your Honor, as being
22 incomplete.  These charges are misdemeanor charges, and that
23 is something that you may hear during the course of the
24 trial, argued by the parties.  And because they are
25 misdemeanor charges, and in fact, that is part of the law,

1  the Government would ask the Court to instruct the jurors
2  that these charges are misdemeanor charges.
3           THE COURT:  Do you have any response from the
4  Defendant before I rule, or are you good?
5           MS. LERMA:  No response, Your Honor.  We signed
6  that form.
7           THE COURT:  Okay.  I'm going to overrule that.
8           Question Number 2, "If we are unable to reach a
9  verdict on both counts, will the Court accept a split
10 decision?"  The proposed answer to Question Number 2 is, "To
11 reach a verdict, whether it is guilty or not guilty, all of
12 you must agree.  Your verdict must be unanimous on each count
13 of the information."
14          Any objection to that, Mr. Countryman, sir?
15          MR. COUNTRYMAN:  No, Your Honor.
16          THE COURT:  And the Defense signed, so I know you
17 all don't have an objection.
18          MS. LERMA:  Thank you, Your Honor.
19          THE COURT:  I will sign this and send that back.
20 We stand in recess.
21          MR. COUNTRYMAN:  Thank you, Your Honor.
22          MR. McMAHON:  Thank you, Your Honor.
23      (Whereupon, at 10:44 a.m., a brief recess was taken,
24 reconvening at 11:15 a.m.)
25      (Outside the presence of the jury; Defendant present.)

```
1          COURTROOM DEPUTY:  All rise.
2          THE COURT:  Waiting for anyone or --
3          THE CLERK:  (Indiscernible).
4          THE COURT:  You all may be seated.  We'll stand
5  when the jury comes in.
6     (Whereupon, there was a brief pause in the proceedings.)
7          THE COURT:  All rise for the jury.
8     (Whereupon, the jury entered the courtroom.)
9          THE COURT:  You may be seated.
10         Members of the jury, have you reached a verdict?
11         THE FOREPERSON:  Yes, we have, Your Honor.
12         THE COURT:  Okay.  Can you hand your verdict to my
13 bailiff, Ms. Quezada. Oh, yeah.  Perfect.
14         Ms. De La Cruz-Alvarez, if you can please stand.
15         We, the jury, unanimously find, Count 1, as to the
16 charge of Illegal Entry, we, the jury, unanimously find Adely
17 Vanessa de la Cruz-Alvarez guilty.
18         Count 2, Entering Military Naval Or Coastal
19 Property, as to the charge of Entering Military Naval Coast
20 Guard Property, we, the jury, unanimously find Adely Vanessa
21 De La Cruz-Alvarez not guilty.
22         Is this your verdict?
23         Juror Number 1 -- I'm going to poll the jury.
24         Juror Number 1, is that your verdict, sir?
25         JUROR NUMBER 1:  Yes, Your Honor.
```

```
1          THE COURT:  Juror Number 2, is that your verdict,
2  sir?
3          JUROR NUMBER 2:  Yes, Your Honor.
4          THE COURT:  Juror Number 3, is that your verdict,
5  sir?
6          JUROR NUMBER 3:  Yes, Your Honor.
7          THE COURT:  Juror Number 4, is that your verdict?
8          JUROR NUMBER 4:  Yes, Your Honor.
9          THE COURT:  Juror Number 5, is that your verdict?
10         JUROR NUMBER 5:  Yes, Your Honor.
11         THE COURT:  Juror Number 6, is that your verdict?
12         JUROR NUMBER 6:  Yes, Your Honor.
13         THE COURT:  Number 7, is that your verdict?
14         JUROR NUMBER 7:  Yes, Your Honor.
15         THE COURT:  Number 8, is that your verdict?
16         JUROR NUMBER 8:  Yes, Your Honor.
17         THE COURT:  Number 9, is that your verdict?
18         JUROR NUMBER 9:  Yes, Your Honor.
19         THE COURT:  Number 10, is that your verdict?
20         JUROR NUMBER 10:  Yes, Your Honor.
21         THE COURT:  Number 11, is that your verdict?
22         JUROR NUMBER 11:  Yes, Your Honor.
23         THE COURT:  Number 12, is that your verdict?
24         JUROR NUMBER 12:  Yes.
25         THE COURT:  Thank you.  And you may be seated, the
```

1  Defense may be seated.

2  At this time, I'm going to discharge you all. You
3  don't have to listen to my instructions anymore. If you have
4  questions for me, let me know. If not, you're welcome to
5  leave. I know you all have things you need to do. And we
6  want to thank you so much for your service. This is a very
7  important job, and we really appreciate it. You are
8  discharged.

9  All rise for the jury.

10  (Whereupon, the jury was excused and exited the
11  courtroom.)

12  THE COURT: Be seated.

13  I'm going to go ahead and proceed with the
14  sentencing right now.

15  MR. McMAHON: Thank you, Your Honor.

16  THE COURT: Sure.

17  Mr. Countryman, on behalf of the Government, we
18  have a guilty on the 1325(a), not guilty on the 1382.

19  MR. COUNTRYMAN: Yes, Your Honor.

20  THE COURT: Okay.

21  (Whereupon, there was a brief pause in the proceedings.)

22  THE COURT: Did you want to -- I'm sorry,
23  Mr. Countryman. I was asking you, did you want to speak
24  first on sentencing? I'm going to go ahead and proceed with
25  sentencing. These are two petty misdemeanors. I don't need

1  anyone from Pretrial to go forward. So I'm going to go ahead
2  forward and do our sentence right now.
3           MR. COUNTRYMAN: Yes, Your Honor, I guess I was
4  waiting. I thought, I don't know if the Court was going to
5  admonish Ms. De La Cruz about the maximum punishment or any
6  of that stuff.
7           THE COURT: I don't believe so.
8           MR. COUNTRYMAN: Okay.
9           THE COURT: I think I've done that because she was
10 initialed and all that. So I'm just going to go ahead and
11 proceed with the sentencing, unless the Defense wants me to
12 do anything further.
13          MR. McMAHON: No, Your Honor.
14          THE COURT: Okay. And Mr. Countryman, can I hear
15 from the Government first on sentencing?
16          MR. COUNTRYMAN: Yes, Your Honor.
17          During the course of the trial, the testimony that
18 was presented and that the Court has is that Ms. De La Cruz
19 is from Peru and that she made her way up to the United
20 States from Peru, Your Honor. And that took quite a bit of
21 time and effort on her behalf and that she knew exactly what
22 she was doing, Your Honor.
23          And because of her efforts and the extent of what
24 she had to do to get here and the manner in which she came
25 here, not going to a port of entry, not applying for a

1 tourist visa, some type of application that would allow her
2 to come into the country legally, but being found in this
3 area, in this agriculture area in the middle of nowhere, some
4 nine-and-a-half miles away from a port of entry, Your Honor,
5 the Government's position is she was trying to sneak into the
6 country, Your Honor, in a way, obviously, that she should not
7 have been. And that should come with some punishment, Your
8 Honor.
9     And so the Government would respectfully ask for a
10 sentence in this case of 45 days.
11     THE COURT: Do you have anything on the special
12 assessment?
13     MR. COUNTRYMAN: The Government would move to remit
14 the special assessment.
15     THE COURT: Can I hear from the Defense now?
16     MS. LERMA: Your Honor, the Court received evidence
17 in this case during the course of this trial regarding the
18 charge of the 1325. And we would ask the Court to consider
19 all of the testimony that the witnesses provided, as well as
20 the custom of this Court, as well as other courts' treatment
21 of cases of people who are charged with 1325.
22     Ms. De La Cruz has been in jail since May 12th.
23 She has no immigration history, as testified to by Agent
24 Parga. She has no criminal history, as testified to by Agent
25 Parga. She also is a first-time, I believe it was a

1  first-time, admit in opening her A-file, as well.  So we
2  would ask the Court to make that consideration, as well.
3  Thank you.
4              THE COURT:  Thank you.
5              Ms. De La Cruz, before I sentence you, I need to
6  give you an opportunity to speak.  You don't have to speak,
7  but I want to give you that opportunity.
8              MS. LERMA:  My client doesn't wish to make a
9  statement, Your Honor.
10             THE COURT:  Okay, thank you.
11             MR. COUNTRYMAN:  And Your Honor, may the Government
12 respond?
13             THE COURT:  Yes, absolutely, Mr. Countryman, sir.
14             MR. COUNTRYMAN:  Your Honor, in response to the
15 position of what typically happens in other cases, those
16 time-served sentences, those come in cases where the
17 Defendant acknowledges and takes responsibility for their
18 conduct.  And they should receive some benefit for that, Your
19 Honor.  And that's not what happened in this case.
20             So I don't think it would be fair to all those
21 other defendants who do take responsibility for what they've
22 done, Your Honor.  So again, there needs to be a distinction
23 between the two, Your Honor.  It's not the same as all of
24 those other particular cases.
25             And second, Your Honor, I do think for purposes of

1  sentencing, Government Exhibit 10 from the trial that was not
2  admitted for the jurors, I do believe that is something that
3  the Court could consider.  That's the passport that Ms. De La
4  Cruz had in her possession.
5  　　　　　And if the Court would consider that, inside of it,
6  there is information about the route that she took and the
7  efforts that she had to go through to finally make her way to
8  the United States, which included being admitted into Mexico
9  by immigration officers, getting a tourist visa there in
10 Mexico, the process she knew what she needed to do, but that
11 she still circumvented all that to make her way and try to
12 sneak into the country, Your Honor.
13 　　　　　THE COURT:  Thank you.  The Court's going to state
14 on the record that from the very beginning of this case,
15 Ms. De La Cruz, through her attorney, had agreed to plead
16 guilty to the 1325.  There was never an issue on that.  That
17 was the count that she was found guilty.  She was found not
18 guilty on the 1382.  And the Court granted the judgment for
19 the Defendant on the 797 count.
20 　　　　　So for those reasons, the Court does note that the
21 Defendant did attempt to take responsibility on that.  The
22 Court will sentence Ms. De La Cruz to time served plus one
23 business day to make sure that they can get everything.
24 Additionally, I'm not going to fine her.  I'm going to find
25 that she is unable to pay any fine.  And per the Government's

1  request, I'm going to remit the special assessment.  The
2  Defendant does have 14 days by which to appeal.
3       Is there anything else that we need to put on the
4  record before we're completed with this case?
5       MR. COUNTRYMAN:  Not from the Government, Your
6  Honor.  Thank you.
7       MS. LERMA:  Not on behalf of the Defense, Your
8  Honor.
9       THE COURT:  Thank you.  We stand in recess.
10      COURTROOM DEPUTY:  All rise.
11   (Whereupon, at 11:31 a.m., the proceedings were
12 adjourned.)
13      \* \* \* \* \*
14      C E R T I F I C A T I O N
15     I, DIPTI PATEL, court-approved transcriber, certify
16 that the foregoing is a correct transcript from the official
17 electronic sound recording of the proceedings in the above-
18 entitled matter, and to the best of my ability.
19
20
21 _____
22 DIPTI PATEL, AAERT CET-997
23 Expires: December 6, 2026
24 LIBERTY TRANSCRIPTS        DATE:  June 15, 2025
25